UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Robert and Donna Squire, et al.*
*v. Bayer HealthCare*
*Pharmaceuticals Inc., et al.*      No.     3:11-cv-11191-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal With Prejudice of Settled Action, filed on November 5, 2012, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sara Jennings*
Deputy Clerk

Dated: November 6, 2012

Digitally signed by
David R. Herndon
Date: 2012.11.06
13:39:53 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT